

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Power Reps, Inc., Bob Bergin and Jeff Jacquin v. Cy Cates, Power
                          Reps Industrial, LLC, and Global Transformer Specialists, Inc.

Appellate case number:    01-13-00856-CV

Trial court case number:  10-DCV-183723

Trial court:              400th District Court of Fort Bend County

    It is ordered that Appellants' Motion for Rehearing is **denied**.


Justice's signature: /s/ Harvey Brown
                     Acting for the Court

Panel consists of:   Justices Keyes, Higley, and Brown


Date: <u>August 28, 2015</u>